## THIRD DEPARTMENT, MAY, 1983

### (May 3, 1983)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. RYAN, Appellant. — Application for permission to proceed as a poor person and for assignment of counsel on appeal from an order denying defendant's application for resentencing pursuant to section 60.09 of the Penal Law. Application denied and appeal dismissed, *sua sponte,* upon the ground that the order is not appealable (see *People v De Jesus,* 54 NY2d 447). Mahoney, P. J., Sweeney, Main, Mikoll and Levine, JJ., concur.